UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN W. ASSAF | CIVIL ACTION |
| VERSUS | NO. 10-1063 |
| ALLSTATE INDEMNITY COMPANY AND ROBERT J. CAMBIAS | SECTION "N" (1) |

### ORDER AND REASONS

Before this Court is Robert J Cambias, V's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Article 12(b)(6) (Rec. Doc. 18). Plaintiff opposes this motion. (See Rec. Doc. 21). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that, based on the Court's November 8, 2010 Order and Reasons which denied remand based on the improper joinder of Robert J. Cambias, **Robert J Cambias, V's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Article 12(b)(6) (Rec. Doc. 18)** is **GRANTED**.  Plaintiff's claims against Robert J Cambias, V are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 15th day of November 2010.

**KURT D. ENGELHARDT**
**United States District Judge**

1